**SIMON & SIMON**
Marc I. Simon, Esquire
Kane Daly, Esquire
Attorney for Plaintiff
Attorney I.D. Number: 201798
1818 Market Street, Suite 2000
Philadelphia, PA 19103
(215) 467-4666

### IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| .JACOB BARCLAY | : | |
| | : | CIVIL ACTION |
| Plaintiff(s), | : | |
| | : | |
| v. | : | No. 1:21-cv-00120-JEJ |
| | : | |
| GEICO | : | |
| Defendant(s). | : | |

### NOTICE OF SETTLEMENT

TO THE CLERK:

Please be advised the above UIM claim has been settled.

                            /s/_____
                            Kane Daly, Esquire
                            Simon & Simon, PC
                            1818 Market Street
                            Suite 2000
                            Philadelphia PA 19103